# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

JOSE A. LEBRON, et al., :
    Plaintiffs :
 : CIVIL ACTION
    v. :
 : NO. 09-5494
NORTH PENN SCHOOL DISTRICT, :
    Defendant :

## ORDER

**AND NOW**, this _14th_ day of February 2011, for the reasons discussed in the accompanying memorandum, it is **ORDERED** that:

• Plaintiffs' Motion in Limine to Admit Additional Evidence (ECF No. 40) is **DENIED**;

• Defendant's Motion to Strike Plaintiffs' Motion for Summary Judgment (ECF No. 36) is **DENIED**;

• Plaintiffs' Motion for Summary Judgment (*see* ECF No. 31) is **DENIED**;

• Defendant's Motion for Summary Judgment (ECF No. 29) is **GRANTED**.

s/Antia B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:  Copies **MAILED** on _____ to: